QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SCOTT W. OCHSNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0356 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO VACATE MOTIONS CALENDAR/HEARING AND TO BE RESET BY THE COURT; AND TO SET STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) | |
| SCOTT W. OCHSNER, | ) | |
| Defendant. | ) | Date:  1-9-06 |
| | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff and defendant's counsel of record herein, that the motions calendar and the hearing on said motions set for December 12, 2005 is hereby vacated to be reset by the Court;

**IT IS FURTHER STIPULATED** by and between plaintiff and defendant's counsel herein, that a Status Conference Hearing be set for **January 9, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///

1  reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED:  December 8, 2005            MCGREGOR W. SCOTT
                                       United States Attorney

5                                      By /s/ Stanley A. Boone
                                       STANLEY A. BOONE
6                                      Assistant U.S. Attorney
                                       Attorney for Plaintiff

8  DATED: December 8, 2005             QUIN DENVIR
                                       Federal Defender

11                                     By /s/ Mark A. Lizárraga
                                       MARK A. LIZÁRRAGA
                                       Assistant Federal Defender
12                                     Attorney for Defendant

14                            **O R D E R**

15  IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

16  3161(h)(8)(A) and 3161(h)(B)(iv).

18  IT IS SO ORDERED.

19  **Dated:     December 9, 2005**            /s/ Anthony W. Ishii
    0m8i78                                     UNITED STATES DISTRICT JUDGE