1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2  MARK A. LIZARRAGA, CA Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SCOTT W. OCHSNER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:05-cr-0356 AWI
                                     )
12             Plaintiff,            )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING; AND  ORDER
13       v.                          )   THEREON
                                     )
14  SCOTT W. OCHSNER,                )   Date:  January 23, 2006
                                     )   Time:  9:00 a.m.
15             Defendant.            )   Judge: Hon. Anthony W. Ishii
                                     )
16  _____  )

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for

19  January 9, 2006,  be continued to **January  23, 2006 at 9:00 a.m.**

20       The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein for effective defense

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1 | reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED: January 5, 2006                MCGREGOR W. SCOTT
                                          United States Attorney

5 | By /s/ Stanley A. Boone
      STANLEY A. BOONE
      Assistant U.S. Attorney
      Attorney for Plaintiff

8 | DATED:  January 5, 2006               DENNIS S. WAKS
                                          Acting Federal Defender

11 | By /s/ Mark A. Lizárraga
       MARK A. LIZÁRRAGA
       Assistant Federal Defender
       Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 9, 2006**            /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing           2